# Thomas v. Town of Evergreen.

APPEAL from Circuit Court of Conecuh.

Tried before the Hon. JOHN R. TYSON.

JOHN D. BURNETT, for appellant.

No counsel marked as appearing for appellee.

The appellant, John Thomas, was prosecuted before the mayor of the town of Evergreen for an assault and battery, and was convicted. From the judgment of conviction before the mayor, an appeal was taken to the circuit court, where he was again convicted, and from the judgment of conviction in the circuit court an appeal was taken to this court.

The judgment of conviction is reversed and the cause remanded on the authority of *Thomas v. The State,* 117 Ala. 178.

Opinion by HARALSON, J.